Submitted on record and briefs April 16, reversed May 15, 1996

In the Matter of Sandra K. Foster,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

SANDRA K. FOSTER,
*Appellant.*

(95-421-MC; CA A90928)

916 P2d 886

Ronald K. Cue filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Mary H. Williams, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals an order of civil commitment under ORS 426.005 *et seq*. She argues that there was not sufficient evidence from which the court could find that she was mentally ill under ORS 426.005(1)(d)(A)-(C). The state agrees that the record does not contain clear and convincing evidence that appellant meets any of the criteria for civil commitment. On our *de novo* review, *State v. O'Neill*, 274 Or 59, 545 P2d 97 (1976), we agree.

Reversed.